SPAULDING *v.* WRIGHT UNIVERSAL ELECTRIC COMPANY.

APPEAL from judgment entered on verdict in favor of plaintiff.

*Sullivan & Cromwell,* for appellant.

*Royal S. Crane,* for respondent.

EHRLICH, Ch. J. The plaintiff recovered upon an express contract which was proved to the satisfaction of the jury, and they accordingly found for the plaintiff for the balance due thereon.

The case was fairly tried and submitted to the jury, and there is no reason why their finding should be disturbed.

The exceptions are without merit, and the judgment must be affirmed, with costs.

NEWBURGER and McCARTHY, JJ., concur.
Judgment affirmed, with costs.